# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN DANIEL, AN INDIVIDUAL AND ON BEHALF OF AGGRIEVED EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONERS, LLC, DBA AUTOZONE, A NEVADA LIMITED LIABILITY COMPANY; AUTOZONE LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; JESUS GONZALEZ, AN INDIVIDUAL; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No. 2:24-cv-03476 RGK (SKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S NOTICE OF *EX PARTE* APPLICATION SEEKING EXTENSION**<br><br>[Filed concurrently with Notice of *Ex Parte* Application to Grant an Extension; Memorandum of Points and Authorities in Support; and Declaration of Eric E. Suits]<br><br>District Judge:   Hon. R. Gary Klausner<br>                            Courtroom 850, Roybal<br>Magistrate Judge: Hon. Steve Kim<br>                            Courtroom 540, Roybal<br>Complaint Filed: March 26, 2024<br>Trial Date:          None |

## **[PROPOSED] ORDER**

After full consideration of Defendant Autozone, LLCs' *ex parte* application, the authorities submitted by counsel, and good cause appearing, the Court rules as follows:

**IT IS HEREBY ORDERED** that Defendant's *ex parte* application is **GRANTED**. Defendant's new responsive pleading deadline is _____.

**IT IS SO ORDERED**

DATED: _____, 2024

_____
The Honorable R. Gary Klausner
District Judge