cc: LASC, 24STCV07723

**CLOSED**
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN DANIEL,<br><br>    Plaintiff(s),<br><br>v.<br><br>AUTOZONERS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-03476-RGK-SKx<br><br>**AMENDED**<br>**ORDER DISMISSING ACTION**<br>**FOR LACK OF PROSECUTION** |

On May 8, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [10] ("OSC"), which ordered plaintiff to respond to the OSC by May 13, 2024. Alternatively, the Court would accept defendant AutoZoners, LLC, doing business as AutoZone's response to the operative complaint by May 10, 2024, or plaintiff's request for entry of default by May 13, 2024. On May 13, 2024, plaintiff filed a response [11] to the OSC. The Court finds no good cause for the delay plaintiff's request for entry of default. Accordingly, the case is dismissed for lack of prosecution.

The Ex Parte Application to Extend Time to File Answer [13] is denied as moot.

This action is remanded to the Los Angeles County Superior Court as to the remaining, non-joing parties.

    IT IS SO ORDERED.

Dated: 6/26/2024

                                                        *R. Gary Klausner*
                                     R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE